IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE KENNETH BRINSON, | : | Civil Action No. 3:12-CV-1451 |
| Plaintiffs, | : | (Judge Brann) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## ORDER

June 24, 2015

In accordance with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Final judgment is entered in favor of Plaintiff and against Defendant.
2. Plaintiff is awarded $350.00 in damages in the above-captioned action.
3. The Defendant is directed to promptly pay this sum to Plaintiff pursuant to United States Bureau of Prisons policies.
4. The clerk is directed to close the case file.

BY THE COURT:

　　　s/ Matthew W. Brann　　　
Matthew W. Brann
United States District Judge